FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT - 9 2013

DAVID J. MALAND, CLERK
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:13CR 341 |
| | § | Judge Crone |
| JUAN TREVINO TOSCANO, JR. (1) | § | |
| a.k.a. "Senior" | § | **UNDER SEAL** |
| SAMUEL LOZANO (2) | § | |
| a.k.a. "SOS" | § | |
| LUIS HERNANDEZ (3) | § | |
| a.k.a. "Pelon" | § | |
| ALBERTO GALVAN (4) | § | |
| a.k.a. "Beto" | § | |
| GERARDO DAVID NARVAEZ (5) | § | |
| a.k.a. "David" | § | |
| CRESENCIANO ACOSTA, JR. (6) | § | |
| a.k.a. "Tiny" | § | |
| CLARENCE JOHNSON, JR. (7) | § | |
| a.k.a. "Earl" a.k.a. "Hune" a.k.a. "H20" | § | |
| ARNULFO SALAZAR (8) | § | |
| a.k.a. "J.R." a.k.a. "Stuttering Stanley" | § | |
| EDDIE BURRELL (9) | § | |
| a.k.a. "Doughboy" | § | |
| DOMINGO OCHOA AYALA (10) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Distribute and
Possess with Intent to Distribute
Cocaine and Marijuana)

From in or about January 2002, the exact date unknown to the grand jury, and continuing

up to and including the date of the filing of this indictment, in the Eastern District of Texas and

elsewhere, **Juan Trevino Toscano, Jr.**, a.k.a. "Senior"; **Samuel Lozano**, a.k.a. "SOS"; **Luis**

Indictment/Notice of Penalty - Page 1

Hernandez, a.k.a. "Pelon"; **Alberto Galvan**, a.k.a. "Beto"; **Gerardo David Narvaez**, a.k.a.

"David"; **Cresenciano Acosta, Jr.**, a.k.a. "Tiny"; **Clarence Johnson, Jr.**, a.k.a. "Earl," a.k.a.

"Hune," a.k.a. "H20"; **Arnulfo Salazar**, a.k.a. J.R.," a.k.a. "Stuttering Stanley"; **Eddie Burrell**,

a.k.a. "Doughboy"; and **Domingo Ochoa Ayala**; defendants, did knowingly and intentionally

conspire and agree with each other and with other persons known and unknown to the grand jury

to distribute and possess with intent to distribute 5 kilograms or more of a mixture of substance

containing a detectable amount of cocaine and 1000 kilograms or more of a mixture or substance

containing a detectable amount of marijuana, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### (Pursuant to 21 U.S.C. § 853)

As a result of the commission of the foregoing offense, the defendants shall forfeit to the

United States pursuant to 21 U.S.C. § 853 any and all property used to facilitate the foregoing

offense or constituting or derived from proceeds the defendants obtained directly or indirectly as

a result of the foregoing offense.   The above-referenced property subject to forfeiture includes,

but is not limited to, the following:

Real property

6124 Nell Street, Forest Hill, Texas 75137, which is described as Tract I (being Lot 1,
Block 1, Rios Hills, an Addition to the City of Forest Hill, Tarrant County, Texas,
according to the plat thereof recorded in Cabinet B, Slide 2233, Plat Records, Tarrant
County, Texas) and Tract II (being a tract of land situated in the J. Collett Survey,
Abstract No. 261, Tarrant County, Texas, and being the remainder tract described by
deed to Royce H. Ezell and wife, Bertie Lee Ezell, recorded in Volume 2180, Page 435,
Deed Records, Tarrant County, Texas).

Substitute assets

If any property subject to forfeiture as a result of any act or omission by the defendants
(i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold

to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendants shall forfeit to the United States any other property of the defendants up to the value of the forfeitable property.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY


_____
Maureen C. Smith
Assistant United States Attorney

_____10-9-13_____
Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. 4:13CR |
| JUAN TREVINO TOSCANO, JR. (1) | § | Judge |
| a.k.a. "Senior" | § | |
| SAMUEL LOZANO (2) | § | |
| a.k.a. "SOS" | § | **UNDER SEAL** |
| LUIS HERNANDEZ (3) | § | |
| a.k.a. "Pelon" | § | |
| ALBERTO GALVAN (4) | § | |
| a.k.a. "Beto" | § | |
| GERARDO DAVID NARVAEZ (5) | § | |
| a.k.a. "David" | § | |
| CRESENCIANO ACOSTA, JR. (6) | § | |
| a.k.a. "Tiny" | § | |
| CLARENCE JOHNSON, JR. (7) | § | |
| a.k.a. "Earl" a.k.a. "Hune" a.k.a. "H20" | § | |
| ARNULFO SALAZAR (8) | § | |
| a.k.a. "J.R." a.k.a. "Stuttering Stanley" | § | |
| EDDIE BURRELL (9) | § | |
| a.k.a. "Doughboy" | § | |
| DOMINGO OCHOA AYALA (10) | § | |

## NOTICE OF PENALTY

### Count One

Violation:    21 U.S.C. § 846

Penalty:    If 5 kilograms or more of a mixture or substance containing a detectable amount
of cocaine or 1000 kilograms or more of marijuana – not less than 10 years and
not more that life imprisonment, a fine not to exceed $10 million, or both;
supervised release of at least 5 years;

Special Assessment:    $100.00