IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:13 CR 241-2 |
| | § | |
| SAMUEL LOZANO | § | |

## NOTICE OF APPEARANCE

**COMES NOW, FRANK JACKSON,** Attorney, and makes this his appearance on behalf of Defendant, **SAMUEL LOZANO**.

Attorney **FRANK JACKSON** will act as Co-Counsel to **EDGAR A. MASON**, Attorney of Record in the preparation and trial of the above-styled cause.

Respectfully submitted,

 */s/ Frank Jackson*
**FRANK JACKSON**
State Bar No. 10463000
6060 N. Central Expressway
Suite 600
Dallas Texas 75206-5209
214/871-1122
214/880-0443 [fax]

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of November, 2014, the foregoing document has been electronically filed with the Clerk of the U.S. District Court - Northern District of Sherman

        */s/ Frank Jackson*
        **FRANK JACKSON**

**Notice of Appearance**
**United States of America v. Samuel Lozano**
**No. 4:13 CR 241-2**
**U.S. District Court - Northern District of Texas**
**Sherman Division**      Page 2